Daniel Sadeh, Esq.
**HALPER SADEH LLP**
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KADE ROSS,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CASTLE BRANDS INC., MARK ANDREWS, III, JOHN F. BEAUDETTE, HENRY C. BEINSTEIN, PHILLIP FROST, RICHARD M. KRASNO, RICHARD J. LAMPEN, STEVEN D. RUBIN, and MARK ZEITCHICK,<br><br>　　　Defendants. | Case No: 1:19-cv-05315-KAM-RLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

　　PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kade Ross hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated: December 17, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**HALPER SADEH LLP**

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Daniel Sadeh
　　　　　　　　　　　　　　　　　　　　　　Daniel Sadeh, Esq.
　　　　　　　　　　　　　　　　　　　　　　375 Park Avenue, Suite 2607
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10152
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 763-0060

Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on December 17, 2019, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: December 17, 2019              /s/ Daniel Sadeh
                                                      Daniel Sadeh